Form defaultAP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

211 West Fort Street
Detroit, MI 48226

---

In Re: Hatim Menni
Debtor

                                               Case No.: 12–61712–tjt
                                               Chapter 13
                                               Judge: Thomas J. Tucker

First American Title Insurance Company
Plaintiff                                                Adv. Proc. No. 12–06200–tjt

v.

Hatim Menni
Defendant

---

## DEFAULT ENTRY BY CLERK

It appears from the records in the above−entitled proceeding that a summons has been served upon the defendant named below and that the defendant has failed to timely plead or otherwise defend in said proceeding as directed in said summons and as provided in the Federal Rules of Bankruptcy Procedure.

Now, therefore, pursuant to Fed. R. Bankr. P. 7055 the **DEFAULT** of the following is hereby entered.

**Hatim Menni**

**The plaintiff shall file an application for default judgment, pursuant to L.B.R. 7055−1 within 14 days from the entry of this default. Applications for default judgment shall be accompanied by the affidavit required under the Servicemember's Civil Relief Act of 2003.**

**If the plaintiff fails to file the application for default judgment *within 14−days* from the entry of this default, the complaint may be dismissed without a hearing.**

Dated: 2/11/13

                                               /s/ Katherine B. Gullo
                                             Katherine B. Gullo , Clerk of Court
                                             United States Bankruptcy Court